Bobbie **VANFLEET**, Appellant,

v.

**STATE** of Missouri, Respondent.

No. 63864.

Missouri Court of Appeals, Eastern District, Division One.

Nov. 2, 1993.

Susan K. Eckles, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J. and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Defendant appeals the denial of his Rule 24.035 motion without an evidentiary hearing. We find no clear error and affirm pursuant to Rule 84.16(b)(2).

We further find an extended opinion would have no precedential value. Rule 84.16(b).

**416**

A memorandum has been provided to the parties for their use only.

**Charles VERNOR, Movant,**

v.

**STATE of Missouri, Respondent.**

No. 63450.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 2, 1993.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

*ORDER*

v.

**STATE of Missouri, Respondent.**

No. 63985.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 2, 1993.

Before CRANDALL, P.J. and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Defendant appeals the denial of his Rule 24.035 motion without an evidentiary hearing. We find no clear error and affirm pursuant to Rule 84.16(b)(2).

We further find an extended opinion would have no precedential value. Rule 84.16(b). A memorandum has been provided to the parties for their use only.